# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANASTASIA BEJUNE, individually and on behalf of others similarly situated<br><br>Plaintiff,<br>vs.<br><br>SANTANDER CONSUMER USA INC.<br><br>Defendant. | CASE NO. 8:17-CV-01722-CJC-JDEx<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION |

Having considered the parties' joint stipulation, IT IS HEREBY ORDERED that this action is dismissed <u>WITH PREJUDICE</u> as to Plaintiff's individual claims in this action; and any claims of absent putative class members asserted in this action are dismissed <u>WITHOUT PREJUDICE</u>, with all parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATE: November 15, 2017

_____
Hon. Cormac J. Carney
U.S. District Court Judge

**ORDER**